UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-CV-80012-MIDDLEBROOKS/BRANNON

MICHELLE KARPOV,

    Plaintiff,

v.

NORTH AMERICAN RELOCATION,
LLC, a Florida corporation, and ANDREW
PETROZZO, individually,

    Defendants.
_____/

## FINAL DEFAULT JUDGMENT

In light of the Court's Order granting Plaintiff's Motion for Final Default Judgment (DE 22), Final Default Judgment is entered in favor of Plaintiff Michelle Karpov and against Defendants North American Relocation, LLC, and Andrew Petrozzo in the amount of $3,150.00.

**DONE and ORDERED** in Chambers, at West Palm Beach, Florida this 17 day of May, 2018.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copy to:    Counsel of Record